UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

EFRAIN LIZAIDE,

                        Petitioner,

     -against-

ROBERT KIRKPATRICK,

                        Respondent.

_____X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  JAN 13 2010

P.M.
TIME A.M. _____

**CIVIL
JUDGMENT**

**09-CV-5038 (CBA)**

Pursuant to the Court's Memorandum and Order issued on _____January 11, 2010_____

dismissing the petition for a writ of habeas corpus under 28 U.S.C. § 2254, it is,

**ORDERED, ADJUDGED AND DECREED:** That the petition is hereby dismissed as time-

barred. 28 U.S.C. § 2244(d). As petitioner has not made a substantial showing of the denial of a

constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c). The Court

certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the Memorandum and Order would

not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

Dated: January 11 , 2010
       Brooklyn, New York

                                    Carol Bagley Amon
                                    United States District Judge